

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00218-CV

David **GOAD**,
Appellant

v.

Eric **STREY** and Does 1 through 10,
Appellees

From the County Court, Guadalupe County, Texas
Trial Court No. 2014-CV-0392
Honorable Robin V. Dwyer, Judge Presiding

**Consolidated with**

No. 04-15-00219-CV

David **GOAD**,
Appellant

v.

Jamie **OSBORNE**,
Appellee

From the County Court, Guadalupe County, Texas
Trial Court No. 2014-CV-0393
Honorable Robin V. Dwyer, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Chief Justice
             Luz Elena D. Chapa, Justice
             Jason Pulliam, Justice

Delivered and Filed:  November 4, 2015

DISMISSED

The brief of appellant David Goad in these consolidated appeals was originally due July 20, 2015.  Neither the brief nor a motion for extension of time was filed.  We have provided Goad a copy of the appellate record and granted him extensions of time until October 19, 2015, to file the brief.

Our last order, dated September 25, 2015, ordered Goad's brief must be received in this court by October 19, 2015, and that mailbox rule would not apply.  Our order advised Goad that the court would not grant further extensions of time to file appellant's brief and that if the brief were not received by the date ordered, the court would dismiss the appeal without further notice. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (court may dismiss appeal because appellant has failed to comply with a court order within the time provided).  On October 16, 2016, Goad filed a motion requesting thirty days to advise the court when he might be able to complete a brief.  The motion is denied and these appeals are dismissed.

PER CURIAM